UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Yong Sik Chang & Un Yong Chang,  
Debtor(s).

Case No.: __18-11888-JKS__  
Chapter: __7__  
Judge: __Sherwood__

## NOTICE OF PROPOSED ABANDONMENT

_____Barbara A. Edwards_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __05/08/18__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real property located at 6 Vivian Court, Fair Lawn, NJ. Fair Market Value: $380,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Wells Fargo Bank/Select Portfolio Servicing in the approximate amount of $613,000.00. |
|---|---|

| Amount of equity claimed as exempt: | None |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee  
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410  
Telephone No.: 201-796-3100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Yong Sik Chang  
Un Yong Chang  
    Debtors

Case No. 18-11888-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Apr 04, 2018  
                      Form ID: pdf905    Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.

```
db/jdb         +Yong Sik Chang,    Un Yong Chang,    6 Vivian Court,    Fair Lawn, NJ 07410-5017
517307013      +AFS,    PO Box 65018,    Baltimore, MD 21264-5018
517307015      +Allstate NJ Property & Casualty Ins. Co.,     PO BOX 4303,    Carol Stream, IL 60197-4303
517307016      +Assurant Ins. Co.,    260 Interstate N. Circle, SE,    Atlanta, GA 30339-2210
517307021      +Chase Bank,    Mail Code OH1-1272,    340 S. Cleveland Ave. BLDG 370,
                 Westerville, OH 43081-8917
517307023      +Convergent Outsourcing, Inc.,    PO BOX 1280,    Oaks, PA 19456-1280
517307022      +Convergent Outsourcing, Inc.,    PO BOX 1022,    Wixom, MI 48393-1022
517307025      +Discover Bank,    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517307028     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                (address filed with court: Forster, Garbus & Garbus,     60 Motor Parway,    Commack, NY 11725)
517307026      +First Credit Services, Inc.,    377 Hoes Lane,    Suite 200,    Piscataway, NJ 08854-4155
517307029      +Hayt, Hayt & Landau, LLC,    Two Industrial Way West,    Eatontown, NJ 07724-2279
517307030      +IC Systems,    444 Highway 96 East,    PO Box 64378,    Saint Paul, MN 55164-0378
517307031      +Leonard Franco, Jr. Esq.,    1037 Raymond Blvd.,    Suite 710,    Newark, NJ 07102-5427
517307033      +Lyons, Doughty and Veldhuis, PC,    PO BOX 1269,    Mount Laurel, NJ 08054-7269
517307036      +Nationwide Credit, Inc.,    PO BOX 14581,    Des Moines, IA 50306-3581
517307038      +Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517307041      +United Recovery Systems, LP,    PO BOX 4043,    Concord, CA 94524-4043
517307043      +Wells Fargo Bank,    PO BOX 5058,    Portland, OR 97208-5058
517307042      +Wells Fargo Bank,    c/o KML Law Group, P.C.,    216 Haddon Avenue,    Suite 405,
                 Collingswood, NJ 08108-2812
517307044      +Zucker, Goldberg & Ackerman,    200 Sheffield Street,    Suite 301,    Mountainside, NJ 07092-2315
517307017      +c/o Rocco Sconzo, Court Officer,    PO Box 871,    Saddle Brook, NJ 07663-0871
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2018 22:25:59     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2018 22:25:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2018 22:26:28
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
517307014      +E-mail/Text: roy.buchholz@allianceoneinc.com Apr 04 2018 22:25:43      Alliance One,
                 PO Box 3111,    Southeastern, PA 19398-3111
517307020      +E-mail/Text: bankruptcynotices@cbecompanies.com Apr 04 2018 22:26:06      CBE Group,
                 1309 Technology Parkway,    Cedar Falls, IA 50613-6976
517307018      +E-mail/Text: cms-bk@cms-collect.com Apr 04 2018 22:25:52      Capital Management Services, LP,
                 698 1/2 Ogden Street,    Buffalo, NY 14206-2317
517307019      +E-mail/Text: bkr@cardworks.com Apr 04 2018 22:25:41      Carson Smithfield, LLC,    PO BOX 9216,
                 Old Bethpage, NY 11804-9016
517307024      +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 04 2018 22:26:12
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
517307027      +E-mail/Text: fggbanko@fgny.com Apr 04 2018 22:25:45      Forster, Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
517307032      +E-mail/Text: ebn@ltdfin.com Apr 04 2018 22:25:53      LTD Financial Services,
                 7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
517307034      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 04 2018 22:25:57      MCM,    PO Box 2121,
                 Warren, MI 48090-2121
517307035      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 04 2018 22:25:57      Midland Credit Management, Inc.,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
517307037      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2018 22:26:49
                 Portfolio Recovery Acociates, LLC,    120 Corporate Blvd.,    Norfolk, VA 23502-4952
517307039      +E-mail/Text: jennifer.chacon@spservicing.com Apr 04 2018 22:26:16
                 Select Portfolio Servicing, Inc.,    PO BOX 65250,    Salt Lake City, UT 84165-0250
517308849      +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2018 22:26:28      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517307040      +E-mail/Text: bknotices@totalcardinc.com Apr 04 2018 22:25:59      Total Card, Inc.,
                 5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
                                                                                              TOTAL: 16
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 04, 2018
                              Form ID: pdf905          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              Barbara    Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Jae Y. Kim    on behalf of Joint Debtor Un Yong Chang jkim@jyklaw.com,
               rmarelic@jyklaw.com;jyklaw@yahoo.com;rchung@jyklaw.com
              Jae Y. Kim    on behalf of Debtor Yong Sik Chang jkim@jyklaw.com,
               rmarelic@jyklaw.com;jyklaw@yahoo.com;rchung@jyklaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee
               f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns Mortgage Funding
               Trust 2006-AR4, Mortgage Pass-Through Certificates, Ser rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```