Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.: 18−11888−JKS
                                                Chapter:  7
                                                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yong Sik Chang                                          Un Yong Chang
   6 Vivian Court                                             6 Vivian Court
   Fair Lawn, NJ 07410                              Fair Lawn, NJ 07410

Social Security No.:
   xxx−xx−5054                                                xxx−xx−1403

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barbara Edwards is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 8, 2018</u>                <u>John K. Sherwood</u>
                                    Judge, United States Bankruptcy Court